# Court of Appeals
# of the State of Georgia

ATLANTA,  March 09, 2022

*The Court of Appeals hereby passes the following order:*

**A22D0266.  ERIC HIXSON v. THE STATE.**

Eric Hixson entered a guilty plea to trafficking in methamphetamine and possession of methamphetamine with intent to distribute. Hixson later filed a pro se motion for an out-of-time appeal from his judgment of conviction, along with a motion to appoint standby counsel, which the trial court denied on December 20, 2021, and on October 4, 2021, respectively. Hixson filed an application for discretionary review of the trial court's orders on February 18, 2022. We lack jurisdiction.

An application for discretionary appeal must be filed within 30 days of entry of the judgment or trial court order sought to be appealed. OCGA § 5-6-35 (d). "The requirements of OCGA § 5-6-35 are jurisdictional and this court cannot accept an appeal not made in compliance therewith." *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989). See also *Gable v. State*, 290 Ga. 81, 82 (2) (a) (720 SE2d 170) (2011) (noting that this Court has held that "the failure to meet the statutory deadline

for filing a discretionary appeal is a jurisdictional defect"). Hixson filed this application 60 and 137 days after entry of the orders he wishes to appeal. Thus, the application is untimely, and it is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
          *Clerk's Office, Atlanta,* __03/09/2022__

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*